# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
BondCote Corporation d/b/a BondCote Roofing Systems. 05- 891C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Francis H. Casola

Firm Name: Woods Rogers PLC

Post Office Box: P.O. Box 14125 (zip 24038-4125)

Street Address: 10 S. Jefferson Street, Suite 1400

City-State-Zip: Roanoke, Virginia 24011

Telephone & Facsimile Numbers: 540-983-7600 / 540-983-7711(fax)

E-mail address: casola@woodsrogers.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Appeal of United State Postal Service's contracting officer's final decision under the Contract Disputes Act in connection with BondCote's roofing warranty

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ n/a -- appeal of amount awarded

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** n/a

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005