IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BONDCOTE CORPORATION, a Virginia corporation, d/b/a BONDCOTE ROOFING SYSTEMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-891C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Thomas D. Dinackus as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


Thomas D. Dinackus
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor


/s Thomas D. Dinackus


Thomas D. Dinackus
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-6289
Fax: (202) 514-7965


Dated: September 20, 2005

CERTIFICATE OF FILING

I hereby certify that on September 20, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus