IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BONDCOTE CORPORATION, a Virginia corporation, d/b/a BONDCOTE ROOFING SYSTEMS, Plaintiff, | |
| v. | No. 05-891C (Judge Horn) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 30 days, to and including November 16, 2005, the time within which it must file its response to the complaint. Defendant's response is presently due on October 17, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

Government counsel has yet to receive a litigation report from the United States Postal Service, the agency involved in the events that led to this litigation. Government counsel has no personal knowledge of the matters addressed in the complaint and cannot prepare the Government's answer without input from the agency. The agency is preparing a litigation report and expects to deliver the litigation report to the Government's attorney of record in the near future.

The time requested is necessary, therefore, for the agency to prepare the litigation report, and for Government counsel to review the litigation report; prepare a response to the

complaint; and obtain agency and supervisory review.

The time requested is also necessary because, during the next month, Government counsel will be required to devote substantial amounts of time to other cases that are pending before this Court and the court of appeals, including: preparing the Government's reply brief in Liberty Mutual Insurance Co. v. United States, No. 04-254C (Fed. Cl.), which is due on October 17, 2005; defending out-of-town depositions in FSEC, Inc. v. United States, No. 03-2152C (Fed. Cl.), October 24-28, 2005; preparing the Government's brief in Jentoft v. United States, No. 05-5125 (Fed. Cir.), which is due, after two enlargements totaling 58 days, on November 3, 2005; and preparing to take, and taking, out-of-town depositions in FSEC, either the week of November 7, 2005, or the week of November 14, 2005.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

October 17, 2005

NOTICE OF FILING

I hereby certify that on October 17, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus