# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **BONDCOTE CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-891C**<br>**Filed: October 18, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for enlargement of time within which to respond to the plaintiff's complaint. The court **GRANTS** the defendant's request and **ORDERS** the defendant to file its response on or before **Wednesday, November 16, 2005**. To discuss the proceedings of the case, the court also **ORDERS** the parties to appear at a telephone status conference on **Tuesday, November 22, 2005 at 2:30 p.m. EST**. Unless otherwise notified, the court will contact plaintiff's counsel at 540-983-7600 and defendant's counsel at 202-307-6289.

**IT IS SO ORDERED**.

S/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**