# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| BONDCOTE CORPORATION, Plaintiff, v. UNITED STATES, Defendant. | No. 05-891C<br>Filed: November 22, 2005 |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

A status conference was held in the above-captioned case on November 22, 2005. At the conference, the parties discussed whether settlement was an option in this case. On or before **Thursday, December 22, 2005**, the parties shall file a joint status report addressing the parties' efforts toward a settlement in this case. This report does not effect the parties' requirement to submit a joint preliminary status report as required by Appendix A of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**