IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BONDCOTE CORPORATION,<br>a Virginia corporation, d/b/a<br>BONDCOTE ROOFING SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-891C<br>(Judge Horn) |

JOINT STATUS REPORT

The parties respectfully submit the following joint status report pursuant to the Court's November 22, 2005 order. Pursuant to the Court's suggestion, the parties have engaged in settlement discussions. As a result, plaintiff has made a settlement offer, and Government counsel will recommend that his superiors accept plaintiff's offer. If the authorized representative of the Attorney General accepts plaintiff's offer, the parties will then execute a settlement agreement. Once the parties have complied with the terms of the settlement agreement, they will execute a joint stipulation of dismissal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

/s Francis Hewitt Casola

FRANCIS HEWITT CASOLA
WOODS ROGERS PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Roanoke, VA 24038-4125
Tele: (540) 983-7600
Fax: (540) 983-7711

Attorney for Plaintiff

DATED: December 22, 2005

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

DATED: December 22, 2005

OF COUNSEL:

STEPHEN D. LOBAUGH
United States Postal Service

CERTIFICATE OF FILING

I hereby certify that on December 22, 2005, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Thomas D. Dinackus