IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BONDCOTE CORPORATION, a Virginia corporation, d/b/a BONDCOTE ROOFING SYSTEMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-891C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 29 days, to and including February 7, 2006, the time within which the parties must file the joint preliminary status report. The joint preliminary status report is presently due on January 9, 2006. This is defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

As noted in the parties' December 22, 2005 joint status report, plaintiff has made a settlement offer and Government counsel has begun preparing the requisite memorandum to his superiors concerning acceptance of the offer. Government counsel has not been able to complete this memorandum, however, because of other matters pending before this Court and the court of appeals to which Government counsel must devote substantial amounts of time, including: preparing a settlement memorandum in FSEC, Inc. v. United States, No. 03-2152C (Fed. Cl.); preparing for, and attending an out-of-town meeting with expert consultants in Metric Construction Co. v. United States, No. 04-954C (Fed.

Cl.), on January 6, 2006; preparing the Government's brief in Snyder v. Office of Personnel Management, No. 05-3347 (Fed. Cir.), which is due on January 20, 2006; preparing to take out-of-town depositions in Metric Construction, the week of January 23, 2006; and engaging in settlement negotiations in Metrica, Inc. v. United States, No. 04-636C (Fed. Cl.). In addition, Government counsel was on annual leave December 20-30, 2005.

The time requested is necessary, therefore, for Government counsel to complete his memorandum, for the authorized representative of the Attorney General to decide if the United States will accept plaintiff's offer and, if the authorized representative of the Attorney General rejects plaintiff's offer, for the parties to prepare the joint preliminary status report.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

January 9, 2006

NOTICE OF FILING

I hereby certify that on January 9, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus