# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BONDCOTE CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-891C**
**Filed: January 9, 2006**

## O R D E R

The court is in receipt of the defendant's January 9, 2006 unopposed motion for an enlargment of time within which to file their joint preliminary status report. The court **GRANTS** the defendant's motion and **ORDERS** the parties to file their joint preliminary status report on or before **Tuesday, February 7, 2006**. The court is encouraged by the defendant's indication that the parties may settle this case in its entirety and applauds the parties for working toward a settlement.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**