IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BONDCOTE CORPORATION, a Virginia corporation, d/b/a BONDCOTE ROOFING SYSTEMS, Plaintiff, | ) | |
| v. | ) | No. 05-891C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 30 days, to and including March 9, 2006, the time within which the parties must file the joint preliminary status report. The joint preliminary status report is presently due on February 7, 2006, the Court having granted defendant’s previous unopposed motion for a 29-day enlargement. This is defendant's second request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

Plaintiff’s settlement offer has been accepted by the authorized representative of the Attorney General, and Government counsel has drafted a proposed settlement agreement and sent it to plaintiff’s counsel. Once the parties have executed the settlement agreement and satisfied the conditions in the agreement, they will file a joint stipulation to dismiss this litigation. The time requested is necessary, therefore, for the parties to complete these actions.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson

JEANNE E. DAVIDSON
Deputy Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

February 7, 2006

NOTICE OF FILING

I hereby certify that on February 7, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus