# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BONDCOTE CORPORATION,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 05-891C**
**Filed: February 7, 2006**

**O R D E R**

The court is in receipt of the defendant's February 7, 2006 unopposed motion for an enlargement of time within which to file the parties' joint preliminary status report. The court **GRANTS** the defendant's motion and **ORDERS** the parties to file their joint preliminary status report on or before **Thursday, March 9, 2006**. The court is encouraged by the defendant's indication that the parties may settle this case in its entirety and applauds the parties for working toward a settlement. Unless the case has been previously settled and dismissed, to discuss the parties' report, the court **ORDERS** the parties to appear at a telephone status conference on **Monday, March 13, 2006 at 2:30 p.m. EST**. Unless otherwise notified, the court will contact plaintiff's counsel at 540-983-7600 and defendant's counsel at 202-307-6289. Only the court can cancel the scheduled status conference on March 13, 2006.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**