IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BONDCOTE CORPORATION, a Virginia corporation, d/b/a BONDCOTE ROOFING SYSTEMS, Plaintiff, | ) | |
| v. | ) | No. 05-891C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to RCFC 41(a)(1)(ii), the parties hereby stipulate that this action is dismissed, with prejudice, with each party to bear its own attorney fees, expenses, and costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

/s Francis Hewitt Casola
FRANCIS HEWITT CASOLA
Woods Rogers PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Tele: (540) 983-7600
Fax: (540) 983-7711

Attorneys for Plaintiff

/s Thomas D. Dinackus
THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

DATED: March 5, 2006

DATED: March 8, 2006

CERTIFICATE OF FILING

I hereby certify that on March 8, 2006, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Thomas D. Dinackus