# In the United States Court of Federal Claims

| | |
|---|---|
| **BONDCOTE CORPORATION,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 05-891C**<br>**Filed: March 8, 2006** |

## O R D E R

The court is in receipt of the parties' March 8, 2006 joint stipulation of dismissal with prejudice. Pursuant to the parties' joint stipulation and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims (RCFC), the court **ORDERS** that this case is **DISMISSED**, with prejudice, with each party to bear its own costs. The conference scheduled for March 13, 2006, is **CANCELLED**.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**