# In the United States Court of Federal Claims

**No. 05-891 C**

**BONDCOTE CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed March 8, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**March 10, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.